**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, etc., | No. C 01-03671 CRB |
| Plaintiff, | **ORDER CONTINUING VISIBLE GENETIC'S MOTION TO BIFURCATE AND STAY DISCOVERY** |
| v. | |
| VISIBLE GENETICS, INC., | |
| Defendant. | |

PURSUANT TO STIPULATION, and good cause appearing, the hearing on Visible Genetics' Motion to Bifurcate and Stay Discovery Regarding Damages and Willfulness is hereby continued from May 10, 2002 at 10:00 a.m., to May 17, 2002, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 25, 2002

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\visible.wpd